IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY MCNEAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant
                              /

No. C-08-0138 MMC

**ORDER DIRECTING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF FEBRUARY 20, 2008**

On February 20, 2008, the Court directed the parties to inform the Court, no later than March 3, 2008, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Defendant timely informed the Court that it would so consent. To date, plaintiff has failed to file a response to the Court's February 20, 2008 order.

Accordingly, the Court hereby directs plaintiff to comply with the Court's order of February 20, 2008. Specifically, plaintiff is directed to inform the Court, no later than May 27, 2008, whether plaintiff consents to have a magistrate judge conduct all further proceedings in the instant action.

**IT IS SO ORDERED.**

Dated: May 19, 2008

                                                    MAXINE M. CHESNEY
                                                    United States District Judge

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No. C
10          Plaintiff(s),                      **CONSENT TO PROCEED BEFORE A
                                               UNITED STATES MAGISTRATE JUDGE**
11      v.
12
13          Defendant(s).
   _____/
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____         _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28