IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MCNEAL,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br><br>          Defendant / | No. C-08-0138 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF FEBRUARY 20, 2008** |

On February 20, 2008, the Court directed the parties to inform the Court, no later than March 3, 2008, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Defendant timely informed the Court that it would so consent. To date, plaintiff has failed to file a response to the Court's February 20, 2008 order.

Accordingly, the Court hereby directs plaintiff to comply with the Court's order of February 20, 2008. Specifically, plaintiff is directed to inform the Court, no later than May 27, 2008, whether plaintiff consents to have a magistrate judge conduct all further proceedings in the instant action.

**IT IS SO ORDERED.**

Dated: May 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge