IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MCNEAL, | No. C 08-0138 MMC |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant / | |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, IT IS HEREBY ORDERED that the case is referred to a Magistrate Judge for all further proceedings and entry of judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: May 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge