**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                            General Court Number
Clerk                                                                                                          415.522.2000

**May 21, 2008**

CASE NUMBER:  CV 08-00138 MMC
CASE TITLE:  TRACY MCNEAL-v-MICHAEL J. ASTRUE

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JAMES LARSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JL** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/21/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects
Log Book Noted                                                        Entered in Computer 5/21/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                              Transferor CSA