```
1   JOSEPH P. RUSSONIELLO, SBN CA 44332
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    LEO R. MONTENEGRO SBN NY 2616118
4   Special Assistant United States Attorney

5       333 Market St, Ste 1500
        San Francisco, CA 94105
6       Telephone: (415) 977-8943
        Fax: (415) 744-0134
7       E-mail: Leo.R.Montenegro@ssa.gov

8   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY McNEAL, ) | CIVIL NO. C 08-00138 JL |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412 |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND dollars and 00 cents ($6,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND dollars and 00 cents ($6,000.00) in EAJA attorney fees,

shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATE: 10/2/09            /s/ Tom Weathered
                         (as authorized by fax October 2, 2009)
                         TOM WEATHERED
                         Attorney at Law

                         Attorney for Plaintiff

DATE: 10/2/09            JOSEPH P. RUSSONIELLO
                         United States Attorney
                         LUCILLE GONZALES MEIS
                         Regional Chief Counsel, Region IX

                   By:   /s/ Leo R. Montenegro
                         LEO R. MONTENEGRO
                         Special Assistant U.S. Attorney

                         Attorneys for Defendant

~~PROPOSED~~ ORDER

APPROVED AND SO ORDERED.

DATED: October 5, 2009                    *James Larson*
                                          JAMES LARSEN
                                          UNITED STATES DISTRICT JUDGE

STIP & PROPOSED ORDER RE EAJA ATTORNEY FEES
C 08-00138 JL                    2